JS-6

FORD & HARRISON LLP
Alice S. Wang, Bar No. 228351
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Email: awang@fordharrison.com

Attorneys for Plaintiff
CURTISS-WRIGHT CORPORATION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTISS-WRIGHT CORPORATION, in its capacity as fiduciary of the CURTISS-WRIGHT CORPORATION WELFARE BENEFIT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARIAH CZERNIAWSKI, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SACV09-0644 JVS (MLGx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[Assigned to District Judge James V. Selna]<br><br>Action Filed: June 2, 2009<br>Trial Date: September 14, 2010 |

Plaintiff Curtiss-Wright Corporation, in its capacity as fiduciary of the Curtiss-Wright Corporation Welfare Benefit Plan, and Defendant Zachariah Czerniawski (collectively, the "Parties") (i) have notified the Court that, as of May 13, 2010, all Parties have executed a formal written settlement agreement, and (ii) have stipulated to the dismissal by Plaintiff, with prejudice, of this action and all claims asserted herein, pursuant to Federal Rule of Civil Procedure 41(a), with all parties to bear their own fees and costs. Accordingly,

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:91830.1

ORDER OF DISMISSAL
SACV09-0644 JVS (MLGX)

IT IS HEREBY ORDERED that this action, and all claims asserted herein, are dismissed with prejudice, with all parties to bear their own fees and costs.

Dated: May 18, 2010

_____
James V. Selna, United States District Court Judge

- 2 -

ORDER OF DISMISSAL
SACV09-0644 JVS (MLGX)

LA:91830.1

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES